United States Court of Appeals
Fifth Circuit

**F I L E D**

October 5, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-50467

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                     v.

JOSE OROZCO-PAZO

                    Defendant - Appellant


                  ----------------------
          Appeal from the United States District Court for the
                 Western District of Texas, El Paso
                         3:04-CR-1953
                  ----------------------


Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]


    IT IS ORDERED that the Appellee's unopposed motion to vacate
the sentence is GRANTED.

    IT IS FURTHER ORDERED that the Appellee's unopposed motion
to remand to district court for resentencing is GRANTED.

    IT IS FURTHER ORDERED that the Appellee's alternative motion
to extend the time to file the Appellee's brief fourteen (14)
days from the Court's denial of the Appellee's motion to vacate
and remand is DENIED AS MOOT.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.